## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY SCIACCA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08-2030 (RWR/JMF) |
| FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE OFFICE OF INFORMATION POLICY, | ) ) ) ) ) ) |
| Defendants. | ) ) |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

On February 16, 2012, Magistrate Judge Facciola issued a Report and Recommendation ("Report") addressing a motion for summary judgment filed by Defendants, the Federal Bureau of Investigation ("FBI") and the United States Department of Justice ("DOJ") Office of Information Policy ("OIP"), pursuant to Plaintiff's claim under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and Privacy Act, 5 U.S.C. § 552a. Defendants objected to the Report's findings and recommendation and asserted that their declaration satisfied the statutory requirements and comported with prevailing case law. Plaintiff then filed the instant Motion to Compel ("Motion"), apparently under the impression that the Report constituted a final decision and that Defendants failed to "appeal" that decision.

### Background

On December 19, 2006, Plaintiff submitted a written FOIA/Privacy Act request to the FBI's New York Field Office ("NYFO") seeking access to and copies of all documents referencing his criminal case in United States District Court for the Eastern District of New

York.  *See* Declaration of David M. Hardy ("Hardy Decl.")[1] ¶ 7.  On November 15, 2007, the FBI advised Plaintiff that a search of the automated indices of the Central Records System at NYFO reflected that there were documents potentially responsive to his request and subject to FOIA.  Hardy Decl. ¶ 11.  On November 26, 2008, after unsuccessful searches and being informed of his right to file a lawsuit by OIP, Plaintiff filed the current lawsuit before this Court in which he asserted that the FBI failed to comply with his request.  Hardy Decl. ¶¶ 11-15.  The FBI continued to search for and ultimately located and twice released responsive documents subject to FOIA: (1) on March 4, 2009, the FBI stated that it had reviewed 365 pages and was releasing 281 pages in full or in part, advising Plaintiff that it had asserted exemption (j)(2) of the Privacy Act and FOIA exemptions 2, 6, 7(C), 7(D) and 7(E) to withhold the remaining records in full or in part; and (2) on April 30, 2009, the FBI stated by letter that it had reviewed an additional 279 pages and was releasing 259 pages in full or in part, further advising Plaintiff that it had asserted exemption (j)(2) of the Privacy Act and FOIA exemptions 2, 3, 6, 7(C), 7(D) and 7(E) to withhold the remaining records in full or in part.  Hardy Decl. ¶¶ 16-17.

On May 4, 2009, Defendants submitted a Motion for Summary Judgment.[2]  ECF No. 12.  Plaintiff, after requested extensions totaling nearly 18 months,[3] responded on October 29, 2010, and Defendants replied on November 9, 2010.  ECF Nos. 23, 24.  On October 11, 2011, this Court referred this matter to Magistrate Judge Facciola for a Report and Recommendation, pursuant to Local Rule 72.3(a).  ECF No. 28.  Magistrate Judge Facciola presented his Report and Recommendation on February 16, 2012.  ECF No. 31.  On March 1, 2012, Defendants filed their Objections to the Magistrate Judge's Proposed Findings and Recommendations

---

[1] *See* ECF No. 12, Exhibit ("Exh.") 1.
[2] Defendants added a Motion to Dismiss on November 2, 2010.  *See* ECF No. 12.
[3] Plaintiff also sent two letters to Defendants' counsel seeking extensions, which Defendants submitted to the Court on Plaintiff's behalf.  *See* ECF Nos. 19, 20.

("Objections"), urging this Court to sustain Defendants' Objections and grant their Motion for Summary Judgment. ECF No. 32.

### Argument

Plaintiff appears to be under the impression that Magistrate Judge Facciola's Report constituted a final order denying Defendants' Motion for Summary Judgment. *See* Motion at 1. Additionally, Plaintiff claims that he has not received any notice that Defendants "appealed" the Report. *Id.* Plaintiff, believing the matter conceded, now asks this Court to compel Defendants to produce the documents Plaintiff requested pursuant to FOIA and the Privacy Act. *Id.*

Plaintiff admittedly fails to fully understand the authority of the Magistrate Judge's Report. *Id.* The Local Rules of this Court provide for district judges to refer particular matters to magistrate judges for "proposed findings of fact and recommendations," to be submitted to the district judge for final determination. *See* LCvR 72.3(a). Parties may file with the district judge objections to the magistrate judge's proposed findings and recommendations. *See* LCvR 72.3(b). The district judge "shall [then] make a *de novo* determination of those portions of a magistrate judge's findings and recommendations to which objection is made" pursuant to LCvR 72.3(b). *See* LCvR 72.3(c); *McGaughey v. District of Columbia*, 734 F. Supp. 2d 14, 16-17 (D.D.C. 2010). "A district judge may accept, reject, or modify, in whole or in part, the findings and recommendations of the magistrate judge, or may recommit the matter to the magistrate judge with instructions." LCvR 72.3(c). Magistrate judges lack the authority to issue final orders or judgment if they receive referrals for recommendations pursuant to LCvR 72.3. *See David v. District of Columbia*, 252 F.R.D. 56, 58-59 (D.D.C. 2008); *see also David v. District of Columbia*, 674 F. Supp. 2d 34, 36 n.1 (D.D.C. 2009) (treating the magistrate judge's "order" as a

recommendation).[4]  A party waives its right to appeal by failing to timely file an objection to the magistrate's report.[5]  *See Thomas v. Arn*, 474 U.S. 140, 155 (1985).

Here, Magistrate Judge Facciola submitted a Report to this Court to make a final determination on Defendants' Motion for Summary Judgment.  *See* ECF Nos. 28, 31.  Defendants filed their Objections within the time permitted by the Local and Federal Rules.[6]  *See* ECF Nos. 31, 32.  As such, this Court will review Magistrate Judge Facciola's Report *de novo* and "may accept, reject, or modify, in whole or in part" the Report's proposed findings and recommendation.  *See* LCvR 72.3(c).

---

[4] A magistrate judge retains the power to enter judgment only "[b]y consent of all parties," who must sign notices of consent and file them with the Clerk of the court.  LCvR 73.1(a), (b); *see also* 28 U.S.C. § 636(c).

[5] Local Rule 7(b), which governs oppositions to proposed findings and recommendations pursuant to Local Rule 72.3, allows for the filing of oppositions within 14 days from the date of service.  *See* LCvR 72.3(b).  The Federal Rules of Civil Procedure permit three additional days in computing time to file motion papers when a party is served under Federal Rule 5(b)(2)(C)-(F).  *See* Fed. R. Civ. P. 6(d).   Rule 5(b)(2)(E) governs electronic service.

[6] Defendants received electronic service on February 16, 2012, and filed their Objections on March 1, 2012, within the 17 days permitted by LCvR 7(b) and Fed. R. Civ. P. 6(d).  *See* ECF Nos. 31, 32.

**Conclusion**

For the foregoing reasons, Defendants respectfully request that this Court deny Plaintiff's Motion to Compel.  A proposed order consistent with this opposition is attached hereto.

Date: March 15, 2012

Respectfully submitted,

RONALD C. MACHEN JR. D.C. BAR # 447889
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

  /s/
B. CORY SCHWARTZ
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7185
Benjamin.Schwartz@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ANTHONY SCIACCA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-2030 (RWR/JMF) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE OFFICE OF INFORMATION POLICY, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Compel, and any opposition thereto and the entire record herein, it is on this ____ day of _____, 2012, ORDERED that Plaintiff's Motion is DENIED.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2012, a true and correct copy of the foregoing Defendants' Opposition to Plaintiff's Motion to Compel was served upon Plaintiff by first-class United States mail, marked for delivery to:

Anthony Sciacca
#57375-053
FMC Lexington
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

                                                                    */s/*
                                             B. CORY SCHWARTZ
                                             Special Assistant United States Attorney
                                             555 Fourth Street, N.W.
                                             Washington, D.C. 20530
                                             (202) 514-7185
                                             Benjamin.Schwartz@usdoj.gov